Commonwealth *v.* Smith, Appellant.

Argued September 15, 1971. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Norris E. Gelman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Spiegel, Appellant.

Argued September 21, 1971. *Mark A. Lublin,* with him *Robert F. Simone,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Richard Steel,* Assistant District Attorney, *James D. Crawford,* Deputy District Attor ney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.